IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL LESLIE ALIFF, III, #1076135,<br>Petitioner, | )<br>)<br>) | |
| v. | ) | 3:05-CV-0075-M |
| | ) | |
| DOUGLAS DRETKE, Director, Texas<br>Department of Criminal Justice,<br>Institutional Division,<br>Respondent. | )<br>)<br>)<br>)<br>) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Petitioner's motions to produce, to request admission, and to dismiss (Docket #4, 6, 9 and 14) are DENIED as moot.

SO ORDERED this 8th day of September, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE